435 A.2d 909

Sullivan, Appellant v. Sullivan.

Petition for Allowance of Appeal Denied Nov. 19, 1981.

Argued December 2, 1980. Jack A. Rounick, for appellant; John C. Butera and James Dunworth, for appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

The order of the lower court is hereby affirmed.